*Frank L. Polk, Corporation Counsel* (*John B. Shanahan* and *James D. Bell* of counsel), for appellants.

*William N. Dykman* and *Edgar M. Cullen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.

---

LENA STERNSCHUSS, Respondent, *v.* THE CITY OF NEW YORK, Appellant, Impleaded with Another.

*Sternschuss* v. *City of N. Y.*, 155 App. Div, 929, affirmed.
(Argued October 15, 1914; decided November 10, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 7, 1913, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to restrain the maintenance of an elevated railway station in front of plaintiff's premises and for damages.

*Frank L. Polk, Corporation Counsel* (*Terence Farley* and *William E. C. Mayer* of counsel), for appellant.

*Charles L. Hoffman, Banton Moore* and *Henry A. Friedman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, HOGAN, MILLER and CARDOZO, JJ. Absent: CHASE, J.